UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| BILL LIETZKE,<br><br>Plaintiff,<br><br>v.<br><br>MARQUIRETTE'S<br><br>Defendant. | **MEMORANDUM DECISION AND ORDER ADOPTING [8] REPORT AND RECOMMENDATION AND IMPOSING FILING RESTRICTIONS**<br><br>Case No. 2:26-cv-00834-DBB-PK<br><br>District Judge David Barlow |

The Report and Recommendation issued by the magistrate judge on October 7, 2026 recommends that the court dismiss Plaintiff Bill Lietzke's case for improper venue, lack of subject matter jurisdiction, and failure to state a claim.[1] Additionally, the Report and Recommendation recommends that the court place Mr. Lietzke on its Restricted Filer List as a result of his prior filing of nine frivolous cases in the District of Utah in the past decade[2] that were outlined in a detailed Order to Show Cause[3] to which Mr. Lietzke failed to respond.[4] The Report and Recommendation sets forth the proposed filing restrictions.[5] Mr. Lietzke was advised of his right to object to the Report and Recommendation within fourteen days of its service

[1] R & R, ECF No. 8, filed Oct. 7, 2026 [hereinafter R&R].
[2] *Id.*
[3] Order to Show Cause, ECF No. 5, filed Sept. 14, 2026. Additionally, Mr. Lietzke was previously warned that "future abusive and frivolous filings in this court will result in the imposition of filing restrictions upon him in this district." *Lietzke v. County of Montgomery et al*, 2:24-cv-00032-JNP-JCB at ECF No. 21; *Lietzke v. City of Montgomery et al*, 2:24-cv-00040-JNP-JCB at ECF No. 18; *Lietzke v. City of Montgomery et al*, 2:24-cv-00043-JNP-JCB at ECF No. 17; *Lietzke v. City of Montgomery et al*, 2:24-cv-00045-JNP-JCB at ECF No. 18; *Lietzke v. Greyhound Lines, Inc.*, 2:24-cv-00046-JNP-JCB at ECF No. 18; *Lietzke v. City of Birmingham et al*, 2:24-cv-00047-JNP-JCB at ECF No. 21; and *Lietzke v. City of Montgomery et al*, 2:24-cv-00048-JNP-JCB at ECF No. 18.
[4] *See* Docket generally.
[5] R & R at 2–6.

pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).[6] Mr. Lietzke did not object to the Report and Recommendation.[7] Therefore, the court reviews it for clear error.[8] Having done so, the court finds that the magistrate judge's analysis and conclusions are sound and no clear error appears on the face of the record.

**ORDER**

Accordingly, it is HEREBY ORDERED that the Report and Recommendation[9] is ADOPTED. The court DISMISSES Plaintiff's action without prejudice. The following FILING RESTRICTIONS are hereby imposed:

1. Mr. Lietzke is enjoined from initiating future cases in this district unless he is either represented by a licensed attorney admitted to practice in this district; or

2. First obtains permission to proceed pro se. To obtain permission to proceed pro se in this district, Mr. Lietzke is required to:

   a. Pay the full filing fee.

   b. File a Motion for Leave to File Pro Se Initial Pleading, which must include the following documents as attachments:

      i. The proposed initial pleading;

      ii. A copy of this Court's Order imposing filing restrictions;

      iii. A notarized affidavit or declaration, in proper legal form, that:

---

[6] R & R at 6.
[7] *Id.*
[8] *Johnson v. Progressive Leasing*, No. 2:22-cv-00052, 2023 WL 4044514, at *2 (D. Utah June 16, 2023) (citing *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999)). "[A] party's objections to the magistrate judge's report and recommendation must be both timely and specific to preserve an issue for de novo review by the district court or for appellate review." *Port City Props. v. Union Pac. R. Co.*, 518 F.3d 1186, 1190 n.1 (10th Cir. 2008) (alteration in original) (quoting *United States v. 2121 E. 30th Street,* 73 F.3d 1057, 1060 (10th Cir. 1996)).
[9] ECF No. 8.

1. recites the claims Mr. Lietzke seeks to present, including a short discussion of the legal basis of the claims and the basis for the court's jurisdiction of the subject matter and parties;

2. certifies that, to the best of Mr. Lietzke's knowledge, his claims are not frivolous or made in bad faith; his claims are warranted by existing law or have a good faith argument for the extension, modification, or reversal of existing law; his new lawsuit is not initiated for any improper purpose; and he will comply with all applicable rules, including the Federal Rules of Civil Procedure and the District of Utah's Local Civil Rules; and

3. certifies that, if Mr. Lietzke's claims have previously been raised or he has previously sued the named defendants, the proposed new suit does not present the same claims that this or any other court has decided and explains why the new suit would not be an abuse of the legal system.

iv. A list, including case name and case number, of Mr. Lietzke's pending and previously filed cases in this court, which must include a statement indicating the status or disposition of each case; and

v. A list, including case name and case number, of all outstanding injunctions, contempt orders, or other judicial directions limiting Mr. Lietzke's access to state or federal courts, including orders and injunctions requiring him to be represented by an attorney.

3. If Mr. Lietzke files a Motion for Leave to File Pro Se Initial Pleading, the clerk should open a new civil case and file the motion in that case. Any such case should be assigned to a District Judge and referred to a Magistrate Judge under 28 U.S.C. § 636(b)(1)(B) for review. If the Magistrate Judge determines that Mr. Lietzke's motion should be granted, the Magistrate Judge should enter an Order indicating that the case shall proceed in accordance with the Federal Rules of Civil Procedure and the District of Utah's Local Civil Rules. If the Magistrate Judge determines that Mr. Lietzke's motion should be denied, the Magistrate Judge should issue a Report and Recommendation to the District Judge. In that instance, the case should be permitted to proceed only with the District Judge's approval.

SIGNED this 6th day of November, 2026.

BY THE COURT

David Barlow
United States District Judge